**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Wag! Group Co. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **CHW Acquisition Corporation** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-3590180 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2261 Market Street, Suite 86056, San Francisco, California 94114**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Francisco**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.wag.co |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Wag! Group Co. | Case number (if known) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5419__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☒ A plan is being filed with this petition.

    ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☒ Yes.

Debtor    Wag! Group Co. _____     Case number (*if known*) _____
                Name

| List all cases. If more than 1, attach a separate list | Debtor District | See Attached Rider 1 |  | Relationship |  |
|---|---|---|---|---|---|
|  |  |  | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
                    Contact name _____
                    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

**(On a Consolidated Basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☒ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

**(On a Consolidated Basis)**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

**(On a Consolidated Basis)**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Wag! Group Co. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/21/2025**
MM / DD / YYYY

**X** */s/ Alec Davidian*
Signature of authorized representative of debtor

**Alec Davidian**
Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

**X** */s/ Michael R. Nestor*
Signature of attorney for debtor

Date **07/21/2025**
MM / DD / YYYY

**Michael R. Nestor**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-571-6600**    Email address    **mnestor@ycst.com**

**3526 (DE)**
Bar number and State

## Schedule 1

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case, collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.  Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion with the Court requesting that their chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| Entity Name | Federal Employee Identification Number (EIN) |
|---|---|
| Wag! Group Co. | 88-3590180 |
| Wag Labs, Inc. | 47-2374381 |
| Wag Wellness, LLC | N/A |
| Pawsome, LLC | 92-1892404 |
| Compare Pet Insurance Services, Inc. | 47-5584657 |
| We Compare, Inc. | 99-2505054 |
| Furmacy, Inc. | 85-2659977 |

**EXECUTION VERSION**

**UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF (I) WAG! GROUP CO., (II) WAG LABS, INC., (III) COMPARE PET INSURANCE SERVICES, INC., (IV) WE COMPARE, INC., (V) FURMACY, INC., AND THE SOLE MEMBERS OF (I) WAG WELLNESS, LLC AND (II) PAWSOME, LLC**

July 20, 2025

The undersigned, constituting all the members of (i) the Board of Directors (the "Parent Board") of Wag! Group Co., a Delaware corporation ("Parent"), (ii) the Board of Directors (the "Labs Board") of Wag Labs, Inc., a Delaware corporation ("Labs"), (iii) the Board of Directors (the "Compare Pet Board") of Compare Pet Insurance Services, Inc., a Delaware corporation ("Compare Pet"), (iv) the Board of Directors ("We Board") of We Compare, Inc., a Delaware corporation ("We Compare"), (v) the Board of Directors ("Furmacy Board" together with Parent Board, Labs Board, Compare Pet Board, and We Board, the "Boards" and each a "Board") of Furmacy, Inc., a Delaware corporation, (vi) the sole member (the "Wellness Member") of Wag Wellness, LLC, a Delaware limited liability company ("Wellness"), and (vii) the sole member (the "Pawsome Member" and together with Wellness Member, the "Members" and each a "Member") of Pawsome, LLC, a Delaware limited liability company ("Pawsome" and together with Parent, Labs, Compare Pet, We Compare, Furmacy, and Wellness, the "Companies" and each a "Company") hereby take the following actions and adopt, approve, and consent to the following resolutions by unanimous written consent as of the date hereof, and direct that this writing be filed with the minutes of the proceedings of each of the Companies:

**WHEREAS**, Parent is the sole stockholder of Labs, and Labs is, in turn, the sole stockholder of Compare Pet and Furmacy, the sole member of Wellness and Pawsome, and Compare Pet is the sole stockholder of We Compare;

**WHEREAS**, management of each Company is vested in its respective Board or Member pursuant to each Company's respective bylaws or limited liability company operating agreement (the "Operating Agreements") and Section 141(a) of the General Corporation Law of the State of Delaware (the "DGCL") and Section 18-402 of the Delaware Limited Liability Company Act (the "LLC Act");

**WHEREAS**, pursuant to the Operating Agreements and the DGCL and LLC Act, respectively, the Boards and the Members of the respective Companies are authorized to take any action, required or permitted to be taken at a meeting of the Boards and the Members, without a meeting, if the Boards and the Members consent to the action in writing describing the action taken, signed by the Boards and the Members;

**WHEREAS**, the Boards and the Members have reviewed and considered the financial and operational condition of the Companies, and the Companies' business on the date hereof, including the assets of the Companies, and current and long-term liabilities of the Companies, and the recommendations of the Companies' legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding for the Companies under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Boards, and the Members have determined that it is in the best interests of the Companies and the Companies' respective stakeholders, creditors, members, partners, and other interested parties to commence cases under the provisions of chapter 11 of the Bankruptcy Code, and Boards and the Members of the Companies have consented to the filing of voluntary petitions under the provisions of chapter 11 of the Bankruptcy Code.

**NOW THEREFORE, BE IT:**

### AMENDMENT OF LIMITED LIABILITY COMPANY
### OPERATING AGREEMENT OF WELLNESS

**RESOLVED**, that pursuant to Section 12(a) of the Limited Liability Company Operating Agreement of Wellness (the "Wellness Operating Agreement"), the Wellness Member consents to amend the Wellness Operating Agreement effective as of October 30, 2024, by deleting Section 11(a) in its entirety and inserting the following provision in lieu thereof:

> 11.    Dissolution; Liquidation.
>
> (a)    The Company shall dissolve, and its affairs shall be wound up upon the first to occur of the following: (i) the written consent of the Member; or (ii) the entry of a decree of judicial dissolution under Section 18-802 of the Act. Notwithstanding any provision hereof or in the Act to the contrary, under no circumstances shall any event of bankruptcy on the part of the Member cause the Member to dissociate from or cease to be a member of the Company.

and it is

### AMENDMENT OF LIMITED LIABILITY COMPANY
### OPERATING AGREEMENT OF PAWSOME

**RESOLVED**, that pursuant to Section 12(a) of the Limited Liability Company Operating Agreement of Pawsome (the "Pawsome Operating Agreement"), the Pawsome Member consents to amend Pawsome Operating Agreement effective as of October 30, 2024, by deleting Section 11(a) in its entirety and inserting the following provision in lieu thereof:

> 11.    Dissolution; Liquidation.
>
> (a)    The Company shall dissolve, and its affairs shall be wound up upon the first to occur of the following: (i) the written consent of the Member; or (ii) the entry of a decree of judicial dissolution under Section 18-802 of the Act. Notwithstanding any provision hereof or in the Act to the contrary, under no circumstances shall any event of bankruptcy on the part of the Member cause the Member to dissociate from or cease to be a member of the Company.

and it is

**COMMENCEMENT AND PROSECUTION OF CHAPTER 11 CASES**

**FURTHER RESOLVED**, that, in the judgment of the Boards and the Members, after consultation with the management and the legal and financial advisors of the Companies, it is desirable and in the best interests of the Companies and the Companies' respective creditors, stakeholders, partners, members, and other interested parties that the Companies commence bankruptcy proceedings (collectively, the "Chapter 11 Cases") by filing voluntary petitions (the "Petitions") for relief under  chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is

**FURTHER RESOLVED**, that the form, terms, and provisions of, the execution, delivery, and filing of, and the performance of the transactions and obligations contemplated by the Petitions be, and hereby are, authorized, approved, and adopted in all respects; and it is

**FURTHER RESOLVED**, that any officer, director, or other authorized person of the Companies or any of their delegates (the "Authorized Officers") be, hereby are, authorized, empowered, and directed, in the name of and on behalf of the Companies, (i) to execute, modify (as necessary or desirable), and verify the Petitions and all documents ancillary thereto, to cause such Petitions and all documents ancillary thereto to be filed in the Bankruptcy Court to commence the Chapter 11 Cases, and to make or cause to be made prior to the execution thereof any modifications to such Petitions or documents ancillary thereto and (ii) to execute, modify (as necessary or desirable), verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, advisable, or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as the Authorized Officer executing the same shall approve, such approval to be conclusively evidenced by such Authorized Officer's execution and delivery thereof; and it is

**FURTHER RESOLVED**, that the Authorized Officers of the Companies or his or her designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Companies, to pay all expenses, including advisors' fees and retainers, taxes, consent payments, indemnities, and filing fees, in each case as in such Authorized Officer's judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, with all such payments to be conclusive evidence of such approval and that such Authorized Officer deemed the same to be so necessary, appropriate, desirable or advisable; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, hereby are, authorized, empowered, and directed, in the name of and on behalf of the Companies, to cause the Companies to enter into, execute, deliver, certify, file, record, and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Officer, shall be necessary, appropriate, advisable, or desirable to prosecute a successful completion of the Chapter 11 Cases and to effectuate the restructuring or liquidation of the Companies' debts, other obligations, organizational form and structure and ownership of the Companies, all consistent with the resolutions herein and to carry out and put into effect the purposes of which the resolutions herein,

3

and the transactions contemplated by such resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is

## CHAPTER 11 PROFESSIONALS

**FURTHER RESOLVED**, that, in connection with the Chapter 11 Cases, the Authorized Officers, be, hereby are, authorized, empowered, and directed, with full power of delegation, in the name of and on behalf of the Companies, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals, on behalf of the Companies, that such Authorized Officer deems necessary, appropriate, advisable, or desirable in connection with, or in furtherance of, the Chapter 11 Cases and the transactions contemplated thereby (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard); and it is

**FURTHER RESOLVED**, that the firm Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be and hereby is, authorized, directed, and empowered to represent the Companies as bankruptcy counsel to represent and assist the Companies in carrying out the Companies' duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights, including the preparation of pleadings and filings in the Chapter 11 Cases; and in connection therewith, the Authorized Officers be, hereby are, with power of delegation, authorized, directed, and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is

**FURTHER RESOLVED**, that Triple P TRS, LLC ("Portage"), be and hereby is, authorized, directed, and empowered to assist the Companies as the restructuring advisor in carrying out the Companies' duties under the Bankruptcy Code and to take any and all actions to advance the Companies' rights and obligations; and in connection therewith, the Authorized Officers be, hereby are, with power of delegation, authorized, directed, and empowered to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate motion for authority to retain the services of Portage; and it is

**FURTHER RESOLVED**, that the firm Epiq Corporate Restructuring, LLC ("Epiq") be and hereby is, authorized, directed, and empowered to serve as the notice, claims, solicitation, and balloting agent and administrative advisor to assist the Companies in carrying out the Companies' duties under the Bankruptcy Code, and to take any and all actions to advance the Companies' rights and obligations; and in connection therewith, the Authorized Officers be, hereby are with power of delegation, authorized, directed, and empowered, on behalf of and in the name of the Companies to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain the services of Epiq; and it is

**FURTHER RESOLVED**, that each of the aforementioned law firms, advisors, and other professionals retained by the Companies is hereby authorized to take any and all actions necessary, appropriate, advisable, or desirable to advance the Companies' rights and obligations and facilitate the commencement of the Chapter 11 Cases; and it is

4

## PLAN, DISCLOSURE STATEMENT, AND RESTRUCTURING DOCUMENTS

**FURTHER RESOLVED,** that the Companies, as debtors and debtors in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby are, authorized to: (i) execute and deliver a chapter 11 plan having terms substantially similar to those presented to the Board on or prior to the date hereof and as may be further approved, modified or amended by any Authorized Officer, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Companies (the "Plan"), associated disclosure statement (the "Disclosure Statement"), and any associated documents and solicitation materials, and consummate, and perform under, the transactions contemplated therein as may be further approved, modified or amended by any Authorized Officer, as may be reasonably necessary or desirable for the continuing conduct of the affairs of the Company and its subsidiaries (the "Restructuring Transactions"); and (ii) pay related fees and expenses as may be deemed necessary or desirable by any Authorized Officer in connection with the Plan or Disclosure Statement and the Restructuring Transactions; and it is

**FURTHER RESOLVED**, that (i) any Authorized Officer be, and each hereby is, authorized and directed in the name of and behalf of the Companies, as debtors and debtors in possession, to take such actions and execute, acknowledge, deliver, and verify the Plan and Disclosure Statement, and such agreements, certificates, notices, and any and all other documents as any Authorized Officer may deem necessary or appropriate in connection with the Plan, the Disclosure Statement, and any other related documents, including any engagement letters, commitment letters, fee letter or other documents in connection with the incurrence of indebtedness contemplated thereby (the "Restructuring Documents") and the Restructuring Transactions; (ii) the Restructuring Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or desirable by any Authorized Officer are hereby approved; (iii) any Authorized Officer shall be, and hereby is, authorized and directed in the name of and behalf of the Companies, as debtors and debtors in possession, to authorize counsel to draft, file, and seek approval of the Restructuring Documents, including approval of the Disclosure Statement and confirmation of the Plan; and (iv) the actions of any Authorized Officer taken pursuant to these resolutions, including the execution, acknowledgement, delivery, and verification of all Restructuring Documents and all related agreements, certificates, instruments, guaranties, notices, and other documents, shall be conclusive evidence of such Authorized Officer's approval thereof and the necessity or desirability thereof; and it is

## DEBTOR-IN-POSSESSION FINANCING

**FURTHER RESOLVED**, that, in connection with the Chapter 11 Cases, the Authorized Officers be, hereby are, authorized, empowered, and directed, with full power of delegation, in the name of and on behalf of the Companies, as debtors and debtors in possession, to negotiate, execute, and deliver agreements for debtor-in-possession financing (the "DIP Loan") and the documents ancillary and related thereto (the "DIP Loan Documents"); and it is

**FURTHER RESOLVED**, that the Boards and the Members hereby delegate to the Authorized Officers the authority to approve the form, terms, and provisions of the DIP Loan, including the use of proceeds to provide liquidity for the Companies during the pendency of the Chapter 11 Cases and such other uses as described in the DIP Loan and the DIP Loan Documents

5

or that may be necessary, appropriate, advisable, or desirable in connection with the DIP Loan and the transactions contemplated thereby or otherwise contemplated by the DIP Loan or by any such other DIP Loan Document; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, hereby are, authorized, empowered, and directed, in the name of and on behalf of the Companies, to cause the Companies to enter into, execute, deliver, certify, file, or record, and perform the obligations arising under the DIP Loan and any other DIP Loan Document, together with such other documents, agreements, instruments, and certificates as may be required by the DIP Loan and any other DIP Loan Document, in accordance with the terms hereof; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, hereby are, authorized, empowered, and directed, in the name of and on behalf of the Companies, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the DIP Loan and any other DIP Loan Document or any related documents or instruments which shall, in the Authorized Officers' sole judgment, be necessary, appropriate, advisable, or desirable; and it is

## GENERAL AUTHORIZATION AND RATIFACTION

**FURTHER RESOLVED**, that the Authorized Officers be, hereby are, authorized, empowered, and directed, in the name of and on behalf of the Companies, to perform the obligations of the Companies under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as such Authorized Officer performing or executing the same shall approve, the taking or execution thereof by such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer and the Companies; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, hereby are, authorized, empowered, and directed, in the name of and on behalf of the Companies, to take such actions and execute and deliver such documents as may be required or as such Authorized Officer may determine to be necessary, appropriate, advisable, or desirable to carry out the intent and purpose of the resolutions herein or to obtain the relief sought thereby, including, without limitation, the execution and delivery of any consents, resolutions, petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as such Authorized Officer shall approve, the taking or execution thereof by such Authorized Officer being conclusive evidence of the approval thereof by the Authorized Officer and the Companies; and it is

**FURTHER RESOLVED**, that all documents, agreements, and instruments executed and delivered, and any and all acts, actions, and transactions relating to the matters contemplated by the resolutions herein done in the name of and on behalf of the Companies, which acts and transactions would have been authorized and approved by the resolutions herein except that such acts and transactions were taken before the adoption of these resolutions, be, and they are hereby are, in all respects confirmed, approved, and ratified; and it is

**FURTHER RESOLVED**, that the Authorized Officers be, hereby are, authorized to bind the Companies for the purposes of the resolutions herein, and it is

**FURTHER RESOLVED**, that these resolutions may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument, that facsimile, photostatic, Portable Document Format, or similar electronic copies of signatures to these resolutions shall be deemed to be originals and may be relied on to the same extent as the originals, and that these resolutions may be signed in any manner permitted by the DGCL and the LLC Act, as applicable; and it is

**FURTHER RESOLVED**, that these resolutions are to be placed in the official records of the Companies to document the actions set forth herein as actions taken by the undersigned Boards and Members.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned, constituting all the members of the boards of directors and members of the Companies, hereby executed and delivered this Written Consent effective as of the date first set forth above.

**WAG! GROUP CO.,**

By: *Sheila Marcelo*

    Name:  Sheila Marcelo
    Title:   Director

By: *Kimberly Blackwell*

    Name:  Kimberly Blackwell
    Title:   Director

By: *Jocelyn Mangan*

    Name:  Jocelyn Mangan
    Title:   Director

By: *Garrett Smallwood*

    Name:  Garrett Smallwood
    Title:   Director

By: *Roger Lee*

    Name:  Roger Lee
    Title:   Director

By: *Brian Yee*

    Name:  Brian Yee
    Title:   Director

By: *Melinda Chelliah*

    Name:  Melinda Chelliah
    Title:   Director

**WAG LABS, INC.,**

By: *Garrett Smallwood*

    Name:  Garrett Smallwood
    Title:   Director

**COMPARE PET INSURANCE
SERVICES, INC.**

By: *Garrett Smallwood*
     Name:  Garrett Smallwood
     Title:   Director


**WAG WELLNESS, LLC,
by its sole member, Wag Labs, Inc.**

By: *Garrett Smallwood*
     Name:  Garrett Smallwood
     Title:   Chief Executive Officer


**PAWSOME, LLC
by its sole member, Wag Labs, Inc.**

By: *Garrett Smallwood*
     Name:  Garrett Smallwood
     Title:   Chief Executive Officer


**FURMACY, INC.**

By: *Garrett Smallwood*
     Name:  Garrett Smallwood
     Title:   Director


**WE COMPARE, INC.**

By: *Garrett Smallwood*
     Name:  Garrett Smallwood
     Title:   Director


*[Signature Page to Omnibus Written Consent]*

Official Form 201A (12/15)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WAG! GROUP CO., *et al.*,[1] | Case No. 25-[__] (   ) |
| Debtors. | (Joint Administration Requested) |

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **001-40764**.

2.  The following financial data is the latest available information and refers to the debtor's condition as of December 31, 2024.[2]

    a.  Total assets          $29,438,000

    b.  Total debts (including debts listed in 2.c., below)    $29,927,000

    c.  Debt securities held by more than 500 holders:    None

    Approximate number of holders:

    secured ☐   unsecured ☐ subordinated   ☐ $ _____   _____
    secured ☐   unsecured ☐ subordinated   ☐ $ _____   _____
    secured ☐   unsecured ☐ subordinated   ☐ $ _____   _____
    secured ☐   unsecured ☐ subordinated   ☐ $ _____   _____
    secured ☐   unsecured ☐ subordinated   ☐ $ _____   _____

    d.  Number of shares of preferred stock      0[3]

    e.  Number of shares common stock      51,487,598[4]

    Comments, if any: N/A

3.  Brief description of debtor's business: Debtor Wag! Group Co. and its debtor affiliates provide services, products, and a premier marketplace for pet services through the debtors' proprietary

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Wag! Group Co. (0180), Wag Labs, Inc. (4381), Wag Wellness, LLC (N/A), Pawsome, LLC (2404), Compare Pet Insurance Services, Inc. (4657), We Compare, Inc. (5054), and Furmacy, Inc. (9977).  The Debtors' headquarters is located at 2261 Market Street, Suite 86056, San Francisco, California 94114.

[2]  The figures for total assets and debts listed herein were obtained from Wag! Group Co.'s Form 10-K filed on March 24, 2025.

[3]  Wag! Group Co. is authorized to issue 1,000,000 shares of preferred stock having a par value of $0.0001.  As of the date hereof, there is no preferred stock outstanding.

[4]  The number of shares of common stock outstanding as of July 15, 2025 is as set forth herein.

technology platform and other online platforms.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:[5]

        a. ACME Funds

        b. General Catalyst

        c. Flint Ridge Partners L.P.

        d. Tenaya Capital

        e. Battery Ventures

---

[5]   The holders of 5% or more of Debtor Wag! Group Co.'s common stock as of April 17, 2025 is as set forth herein. Additional details regarding holders of 5% or more of Debtor Wag! Group Co.'s common stock are included in the Schedule 14A filed with the United States Securities and Exchange Commission on April 30, 2025.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| WAG! GROUP CO., *et al.*,[1] | Case No. 25-[___] ( ) |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP
STATEMENT AND LIST OF EQUITY SECURITY HOLDERS**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors in possession (each, a "Debtor" and, collectively, the "Debtors") hereby state as follows:

1.  A list of equity holders of Wag! Group Co. ("Wag!"), along with the nature of their equity interests and their addresses, is attached hereto as **Exhibit A**.[2] The mailing address of Debtors Wag!, Wag Labs, Inc. ("Wag Labs"), Wag Wellness, LLC ("Wag Wellness"), Pawsome, LLC ("Pawsome"), and Furmacy, Inc. ("Furmacy") is 2261 Market Street, Suite 86056, San Francisco, California 94114. The mailing address of Debtors Compare Pet Insurance Services, Inc. ("CPIS") and We Compare, Inc. ("We Compare") is 360 N Pacific Coast Highway, Suite 2000, El Segundo, CA 90245.

2.  Debtor Wag! owns 100% of the equity interests in Debtor Wag Labs.

3.  Debtor Wag Labs owns 100% of the equity interests in the following Debtors:

    a.  Wag Wellness

    b.  Pawsome

    c.  CPIS

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Wag! Group Co. (0180), Wag Labs, Inc. (4381), Wag Wellness, LLC (N/A), Pawsome, LLC (2404), Compare Pet Insurance Services, Inc. (4657), We Compare, Inc. (5054), and Furmacy, Inc. (9977). The Debtors' headquarters is located at 2261 Market Street, Suite 86056, San Francisco, California 94114.

[2]    **Exhibit A** hereto shows that the Debtors had 51,487,598 total shares of common stock outstanding as of July 15, 2025.

       d.  Furmacy

4.      Debtor CPIS owns 100% of the equity interests in Debtor We Compare.

## Exhibit A

**Wag! Group Co.'s Equity Interest Holders**

# United States Bankruptcy Court
## District of Delaware

In re:  **WAG! GROUP CO.**

Debtor(s)

Case No. _____

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AAVCF4 PF1 LP<br>(AAVCF4 PF2 LP & AAVCF4 PF3 LP)<br>2442 FILLMORE ST, #380-1238<br>SAN FRANCISCO, CA  94115 | COMMON | 6,560 | STOCK |
| ABN AMROCC (0695)<br>ATT PROXY DEPT<br>175 W. JACKSON BLVD<br>STE 2050<br>CHICAGO, IL  60605 | COMMON | 81 | STOCK |
| AEIS (0756)<br>ATT GREG WRAALSTAD/PROXY MGR<br>901 3RD AVE SOUTH<br>MINNEAPOLIS, MN  55474 | COMMON | 11,500 | STOCK |
| AIKIN, ASHA ROSE<br>[ADDRESS REDACTED] | COMMON | 6,478 | STOCK |
| ALPACA SEC (3021)<br>ATTN PROXY MGR<br>42881 LAKE BABCOCK DR<br>SUITE 200<br>BABCOCK RANCH, FL  33982 | COMMON | 105,097 | STOCK |
| ALVARADO MCDONALD JOINT TRUST<br>[ADDRESS REDACTED] | COMMON | 1,312 | STOCK |
| APEX (0158)<br>C/O BROADRIDGE SECS PROCESSING<br>YASMINE CASSEUS, 2 GATEWAY CTR<br>283-299 MARKET ST - 16TH FL<br>NEWARK, NJ  07102 | COMMON | 440,909 | STOCK |
| ARJOMAND, MAZIAR<br>[ADDRESS REDACTED] | COMMON | 100,000 | STOCK |
| ATTIA, DANIEL<br>[ADDRESS REDACTED] | COMMON | 1,312 | STOCK |
| AXOS CLEARING (0052)<br>ATT CORPORATE ACTIONS DEPT<br>1200 LANDMARK CTR, STE. 800<br>OMAHA, NE  68102-1916 | COMMON | 32,333 | STOCK |

Sheet 1 of 19  in List of Equity Security Holders

In re:   **WAG! GROUP CO.**                                         Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BANK OF NEW YORK MELLON (0901) ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH, PA  15258 | COMMON | 114,425 | STOCK |
| BATTERY INVESTMENT PARTNERS XI, LLC 55 FRANCISCO ST, STE 360 SAN FRANCISCO, CA  94133 | COMMON | 69,368 | STOCK |
| BATTERY VENTURES XI-A SIDE FUND, L.P. 55 FRANCISCO ST, STE 360 SAN FRANCISCO, CA  94133 | COMMON | 1,555,040 | STOCK |
| BATTERY VENTURES XI-A, L.P. 55 FRANCISCO ST, STE 360 SAN FRANCISCO, CA  94133 | COMMON | 1,496,758 | STOCK |
| BATTERY VENTURES XI-B SIDE FUND, L.P. 55 FRANCISCO ST, STE 360 SAN FRANCISCO, CA  94133 | COMMON | 337,196 | STOCK |
| BATTERY VENTURES XI-B, L.P. 55 FRANCISCO ST, STE 360 SAN FRANCISCO, CA  94133 | COMMON | 395,478 | STOCK |
| BEKER, HARVEY [ADDRESS REDACTED] | COMMON | 50,000 | STOCK |
| BENGSTON, BRYAN [ADDRESS REDACTED] | COMMON | 34,932 | STOCK |
| BENNET, MATTHEW [ADDRESS REDACTED] | COMMON | 1,640 | STOCK |
| BENOVITZ, DEBRA [ADDRESS REDACTED] | COMMON | 32,000 | STOCK |
| BERGRIN, RICHARD [ADDRESS REDACTED] | COMMON | 3,402 | STOCK |
| BIRNBAUM, KENNETH [ADDRESS REDACTED] | COMMON | 3,333 | STOCK |
| BLUE TORCH CREDIT OPPS FUND II LP 150 E 58TH ST, 18TH FL NEW YORK, NY  10155 | COMMON | 563,444 | WAARANT |

In re:   **WAG! GROUP CO.** _____    Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BLUE TORCH CREDIT OPPS KRS FUND LP<br>150 E 58TH ST, 18TH FL<br>NEW YORK, NY  10155 | COMMON | 174,902 | WAARANT |
| BLUE TORCH CREDIT OPPS SBAF FUND LP<br>150 E 58TH ST, 18TH FL<br>NEW YORK, NY  10155 | COMMON | 403,319 | WAARANT |
| BLUE TORCH CREDIT OPPS SC MASTER FUND LP<br>150 E 58TH ST, 18TH FL<br>NEW YORK, NY  10155 | COMMON | 230,679 | WAARANT |
| BLUE TORCH OFFSHORE CREDIT OPPS MASTER FUND II LP<br>150 E 58TH ST, 18TH FL<br>NEW YORK, NY  10155 | COMMON | 523,833 | WAARANT |
| BMO NESBITT BURNS /CDS (5043)<br>ATT PHUTHORN PENIKETT<br>250 YONGE ST., 14TH FL<br>TORONTO, ON  M5B 2M8<br>CANADA | COMMON | 13,790 | STOCK |
| BNP PARIBAS, NY BRANCH (2147)<br>ATT PROXY DEPT<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY, NJ  07310 | COMMON | 46,382 | STOCK |
| BNP PRIME BROKERAGE (2154)<br>ATT PROXY DEPT<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY, NJ  07310 | COMMON | 13,654 | STOCK |
| BNP/CUST (2787)<br>ATT PROXY DEPT<br>525 WASHINGTON BLVD<br>9TH FL<br>JERSEY CITY, NJ  07310 | COMMON | 98,752 | STOCK |
| BOFA SECS (0161)<br>ATT PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL  32246 | COMMON | 94,191 | STOCK |

In re:   WAG! GROUP CO. _____     Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BOFA SECS (5143)<br>ATT PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL  32246 | COMMON | 40 | STOCK |
| BOFA SECS (5198)<br>ATT PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL  32246 | COMMON | 17,778 | STOCK |
| BOMMER HUMPHREY VENTURES, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 128 | STOCK |
| BROWN BROS HARRIMAN & CO(0010)<br>ATT CORPORATE ACTIONS / VAULT<br>140 BROADWAY<br>NEW YORK, NY  10005 | COMMON | 64,725 | STOCK |
| BROWN DOG CAPITAL, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 77 | STOCK |
| BUL-LALAYAO, JOURDAN<br>[ADDRESS REDACTED] | COMMON | 16,200 | STOCK |
| CATALANO, ROBERT A<br>[ADDRESS REDACTED] | COMMON | 5 | STOCK |
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY  10004 | COMMON | 15,564,563 | WARRANT |
| CEDE & CO<br>PO BOX 20<br>BOWLING GREEN STATION<br>NEW YORK, NY  10004 | COMMON | 32,712,591 | STOCK |
| CHARDAN CAPITAL MARKETS LLC<br>17 STATE ST, STE 2100<br>NEW YORK, NY  10004-1501 | COMMON | 6,250 | STOCK |

Sheet 4 of 19  in List of Equity Security Holders

In re:  WAG! GROUP CO.                                      Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CHARLES SCHWAB & CO. (0164)<br>ATT CHRISTINA YOUNG/PROXY MGR<br>2423 EAST LINCOLN DR<br>PHOENIX, AZ  85016-1215 | COMMON | 4,650,415 | STOCK |
| CHELLIAH, MELINDA<br>[ADDRESS REDACTED] | COMMON | 79,351 | STOCK |
| CHIU, AMY<br>[ADDRESS REDACTED] | COMMON | 984 | STOCK |
| CI INVESTMENT SVCS/CDS (5085)<br>ATT DEBORAH CARLYLE/PROXY MGR<br>4100 YONGE ST<br>STE 504A<br>TORONTO, ON  M2P 2G2<br>CANADA | COMMON | 11,309 | STOCK |
| CIBC WORLD MKTS. /CDS (5030)<br>ATT REED JON OR PROXY DEPT<br>22 FRONT ST. W. 7TH FL<br>TORONTO, ON  M5J 2W5<br>CANADA | COMMON | 15,595 | STOCK |
| CITADEL SECS LLC (8430)<br>ATT KEVIN NEWSTEAD/PROXY MGR<br>131 SOUTH DEARBORN ST<br>35TH FL<br>CHICAGO, IL  60603 | COMMON | 81 | STOCK |
| CITIBANK (0505)<br>ATTN PROXY MGR<br>580 CROSSPOINT PKWY<br>GETZVILLE, NY  14068 | COMMON | 226 | STOCK |
| CITIBANK, N.A. (0908)<br>ATTN PROXY MGR<br>3800 CITIBANK CTR<br>B3<br>TAMPA, FL  33610 | COMMON | 1,718,565 | STOCK |
| CLEAR ST LLC (9132)<br>ATT PROXY MGR<br>55 BROADWAY STE 2102<br>NEW YORK, NY  10006 | COMMON | 2,818 | STOCK |
| COHENZADEH, JOSHUA<br>[ADDRESS REDACTED] | COMMON | 164 | STOCK |

Sheet 5 of 19  in List of Equity Security Holders

In re:   **WAG! GROUP CO.**                                                     Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| COLLIER, LOGAN ANTHONY<br>[ADDRESS REDACTED] | COMMON | 172 | STOCK |
| CONLON, JAMES<br>[ADDRESS REDACTED] | COMMON | 2,916 | STOCK |
| CONSTANTINE, GABRIELLE<br>[ADDRESS REDACTED] | COMMON | 868 | STOCK |
| CORBIN ERISA OPPORTUNITY FUND LTD<br>590 MADISON AVE, 31ST FL<br>NEW YORK, NY  10022 | COMMON | 25,800 | STOCK |
| CORBIN OPPORTUNITY FUND, L.P<br>590 MADISON AVE, 31ST FL<br>NEW YORK, NY  10022 | COMMON | 8,400 | STOCK |
| CORBIN PINEHURST PARTNERS, L.P<br>590 MADISON AVE, 31ST FL<br>NEW YORK, NY  10022 | COMMON | 25,800 | STOCK |
| CREST INTL NOMINEES LTD (2012)<br>ATT NATHAN ASHWORTH/PROXY MGR<br>33 CANNON ST<br>LONDON  EC4M 5SB<br>UNITED KINGDOM | COMMON | 60,070 | STOCK |
| DAVID, JOSHUA<br>[ADDRESS REDACTED] | COMMON | 18,226 | STOCK |
| DAVIDIAN, ALEC<br>[ADDRESS REDACTED] | COMMON | 114,931 | STOCK |
| DEARSLEY, JORDAN<br>[ADDRESS REDACTED] | COMMON | 328 | STOCK |
| DEFALCO, LINDA<br>[ADDRESS REDACTED] | COMMON | 600 | STOCK |
| DESJARDINS SECS INC.(5028)<br>ATT KARLA DIAZ/VALUERS MOB.<br>2 COMPLEXE DESJARDINS TOUR EST<br>NIVEAU 62<br>MONTREAL, QC  H5B 1B4<br>CANADA | COMMON | 16,210 | STOCK |
| DEVERNA, MIKE<br>[ADDRESS REDACTED] | COMMON | 9 | STOCK |

Sheet 6 of 19  in List of Equity Security Holders

In re:  **WAG! GROUP CO.** _____  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DISTENFELD, ERIC<br>[ADDRESS REDACTED] | COMMON | 5,000 | STOCK |
| DOUBLE OAK PARTNERS, LLC<br>3709 SUNSET BLVD<br>HOUSTON, TX  77005 | COMMON | 1,640 | STOCK |
| DOWNTOWN COWBOY LLC<br>1000 E 5TH ST, #559<br>AUSTIN, TX  78702 | COMMON | 2,296 | STOCK |
| DRAZEN, JOSHUA<br>[ADDRESS REDACTED] | COMMON | 13,334 | WARRANT |
| DRAZEN, JOSHUA<br>[ADDRESS REDACTED] | COMMON | 13,334 | STOCK |
| DRIVEWEALTH, LLC (2402)<br>ATT PROXY MGR<br>15 EXCHANGE PL<br>JERSEY CITY, NJ  07302 | COMMON | 39,021 | STOCK |
| EAT DON'T TALK, INC.<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 53,312 | STOCK |
| EDWARD JONES (0057)<br>ATT DEREK ADAMS OR PROXY DEPT<br>CORPORATE ACTS & DISTRIBUTION<br>12555 MANCHESTER RD<br>ST. LOUIS, MO  63131 | COMMON | 5,040 | STOCK |
| EJS CAPITAL, LLC<br>500 PLAZA DR, 6TH FL<br>SECAUCUS, NJ  07094 | COMMON | 8,417 | STOCK |
| ETW EQUITY HOLDINGS II LLC<br>260 MONTEREY ST<br>BRISBANE, CA  94005 | COMMON | 900 | STOCK |
| EVANS, RICHARD<br>[ADDRESS REDACTED] | COMMON | 656 | STOCK |
| FAY-LUCAS, MICHAEL<br>[ADDRESS REDACTED] | COMMON | 50 | STOCK |

In re:   **WAG! GROUP CO.** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| FOLIO INVESTMENTS, INC. (0728)<br>ATT ASHLEY THEOBALD/PROXY MGR<br>8180 GREENSBORO DR<br>8TH FL<br>MCLEAN, VA  22102 | COMMON | 20 | STOCK |
| FOWLES-PAZDRO, PARISA<br>[ADDRESS REDACTED] | COMMON | 5,936 | STOCK |
| FU FUND I, A SERIES OF<br>GRAND PARK VENTURES, LP<br>PO BOX 3217<br>SEATTLE, WA  98114 | COMMON | 651 | STOCK |
| FUND I, A SERIES OF<br>LEONIS UPSIDE FUND, LP<br>119 S MAIN ST, STE 220<br>SEATTLE, WA  98104 | COMMON | 163 | STOCK |
| FURMACY INC.<br>4944 WINDPLAY DRIVE, STE 265<br>EL DORADO HILLS, CA  95762 | COMMON | 4,002 | STOCK |
| FUTU CLEARING INC. (4272)<br>ATT COLLETE REX<br>12750 MERIT DR, STE 475<br>DALLAS, TX  75251 | COMMON | 43,117 | STOCK |
| GARCIA, ANDY<br>[ADDRESS REDACTED] | COMMON | 243 | STOCK |
| GC&H INVESTMENTS, LLC<br>3 EMBARCADERO CENTER, 20TH FL<br>SAN FRANCISCO, CA  94111 | COMMON | 1,188 | STOCK |
| GECKLES, GREGORY<br>[ADDRESS REDACTED] | COMMON | 6,213 | STOCK |
| GENERAL CATALYST GROUP VII, L.P.<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 6,976,530 | STOCK |
| GIBSON, CHRIS<br>[ADDRESS REDACTED] | COMMON | 2,834 | STOCK |
| GLAZER SPECIAL OPPORTUNITY FUND I, LP<br>250 W 55TH ST, #30A<br>NEW YORK, NY  10019 | COMMON | 25,000 | STOCK |

In re:  **WAG! GROUP CO.**                                          Case No. _____

                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GOLDMAN SACHS (0005)<br>ATT ALISON YOUNG<br>200W/016/412B08<br>200 WEST ST<br>NEW YORK, NY  10282 | COMMON | 3,324,523 | STOCK |
| GREYLOCK DISCOVERY FUND II LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 140,426 | STOCK |
| GRUNDMAN, CAROL<br>[ADDRESS REDACTED] | COMMON | 4,167 | STOCK |
| GTOV PARTNERS LP<br>2 MANHATTAN ROAD, STE 403<br>PURCHASE, NY  10577 | COMMON | 8,333 | STOCK |
| GUPTA, NIKHIL<br>[ADDRESS REDACTED] | COMMON | 328 | STOCK |
| HEYWORTH, CRAIG<br>[ADDRESS REDACTED] | COMMON | 24,854 | STOCK |
| HORWITZ, GABRIEL<br>[ADDRESS REDACTED] | COMMON | 328 | STOCK |
| HOWARD, RYAN<br>[ADDRESS REDACTED] | COMMON | 208 | STOCK |
| HRT FIN LLC (0369)<br>ATT PROXY MGR<br>32 OLD SLIP<br>30TH FL<br>NEW YORK, NY  10005 | COMMON | 96 | STOCK |
| HSU, WEI-CHENG<br>[ADDRESS REDACTED] | COMMON | 328 | STOCK |
| IANGELS CROWD LTD. (AS TRUSTEE)<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 995 | STOCK |
| ICARUS CAPITAL LLC<br>150 E GATES ST<br>COLUMBUS, OH  43206 | COMMON | 100 | STOCK |

In re:   **WAG! GROUP CO.** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| INTERACTIVE BROKERS (0534)<br>ATT KARIN MCCARTHY/PROXY DEPT<br>2 PICKWICK PLAZA, 2ND FL<br>GREENWICH, CT  06830 | COMMON | 1,532,905 | STOCK |
| J.P. MORGAN/CLEARING (0352)<br>ATT CORPORATE ACTIONS TEAM<br>500 STANTON CHRISTIANA RD.<br>NCC5 FL3<br>NEWARK, DE  19713 | COMMON | 389,589 | STOCK |
| JEREMIAH, ALEXANDER<br>[ADDRESS REDACTED] | COMMON | 5,664 | STOCK |
| JOHNSON, ERICA<br>[ADDRESS REDACTED] | COMMON | 3,280 | STOCK |
| JONES, SUSANNAH<br>[ADDRESS REDACTED] | COMMON | 1,315 | STOCK |
| JPMORGAN CHASE (0902)<br>ATTN C MANOS/M GREEN<br>575 WASHINGTON BLVD. 6TH FL<br>JERSEY CITY, NJ  07310 | COMMON | 100,271 | STOCK |
| JPMORGAN CHASE (2357)<br>ATTN C MANOS/M GREEN<br>575 WASHINGTON BLVD. 6TH FL<br>JERSEY CITY, NJ  07310 | COMMON | 54,571 | STOCK |
| JPMORGAN CHASE (3622)<br>ATTN C MANOS/M GREEN<br>575 WASHINGTON BLVD. 6TH FL<br>JERSEY CITY, NJ  07310 | COMMON | 1,048 | STOCK |
| KOONCE SECS, INC. (0712)<br>ATT G. SOHAN OR PROXY MGR<br>6550 ROCK SPRING DR.<br>STE 600<br>BETHESDA, MD  20817 | COMMON | 2,439 | STOCK |
| KUBALA, DALE S<br>[ADDRESS REDACTED] | COMMON | 8 | STOCK |
| KUSHNER, MICHAEL<br>[ADDRESS REDACTED] | COMMON | 9,320 | STOCK |

In re:  **WAG! GROUP CO.** _____     Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| LAPEYRADE, MARIE NICOLE<br>[ADDRESS REDACTED] | COMMON | 387 | STOCK |
| LEE, JEFFREY<br>[ADDRESS REDACTED] | COMMON | 300,000 | WARRANT |
| LPL FIN CORP (0075)<br>ATT CORPORATE ACTIONS<br>1055 LPL WAY<br>FORT MILL, SC  29715 | COMMON | 3,397 | STOCK |
| MANGAN, JOCELYN<br>[ADDRESS REDACTED] | COMMON | 84,641 | STOCK |
| MARCELO, MARK<br>[ADDRESS REDACTED] | COMMON | 567 | STOCK |
| MARCHENKO, NIKOLAS<br>[ADDRESS REDACTED] | COMMON | 365 | STOCK |
| MARINI, RICHARD G, JR<br>[ADDRESS REDACTED] | COMMON | 36 | STOCK |
| MARSCO INVESTMENT CORP (0287)<br>ATT KAREN JACOBSEN/PROXY MGR<br>101 EISENHOWER PKWY<br>ROSELAND, NJ  07068 | COMMON | 22,889 | STOCK |
| MARTIN, NOAH<br>[ADDRESS REDACTED] | COMMON | 164 | STOCK |
| MATCHING SET TRUST<br>[ADDRESS REDACTED] | COMMON | 52 | STOCK |
| MERRILL LYNCH (8862)<br>ATT PROXY DEPT<br>C/O MERRILL LYNCH CORP ACTIONS<br>4804 DEER LAKE DR. E.<br>JACKSONVILLE, FL  32246 | COMMON | 5,193,154 | STOCK |
| MERTENS, JOSHUA<br>[ADDRESS REDACTED] | COMMON | 102 | STOCK |
| MEYERS, LEON<br>[ADDRESS REDACTED] | COMMON | 16,667 | WARRANT |
| MEYERS, LEON<br>[ADDRESS REDACTED] | COMMON | 16,667 | STOCK |

In re:   **WAG! GROUP CO.**                                                    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MJG PARTNERS, LLC<br>16 CHITTENDEN RD<br>FAIR LAWN, NJ 07410 | COMMON | 180,375 | STOCK |
| MOHAN, HANA<br>[ADDRESS REDACTED] | COMMON | 328 | STOCK |
| MOORE, SHAWN PETE<br>[ADDRESS REDACTED] | COMMON | 20 | STOCK |
| MORGAN STANLEY & CO. (0050)<br>ATT MS PROXY DEPT<br>1300 THAMES ST WHARF<br>BALTIMORE, MD 21231 | COMMON | 94 | STOCK |
| MOTSCHWILLER, MAX<br>[ADDRESS REDACTED] | COMMON | 888 | STOCK |
| MSSB (0015)<br>ATT MS PROXY DEPT<br>1300 THAMES ST WHARF<br>BALTIMORE, MD 21231 | COMMON | 4,832,481 | STOCK |
| MUCCULLOUGH, GARY E<br>[ADDRESS REDACTED] | COMMON | 20,000 | STOCK |
| MV EI FUND III LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA 94133 | COMMON | 128 | STOCK |
| MYERS, DAVID MAX<br>[ADDRESS REDACTED] | COMMON | 3,645 | STOCK |
| NAKHLA VENTURES LTD<br>APOSTOLOS VARNAVAS, 2 CENTAUR HOUSE<br>NISOU, NICOSIA 2571<br>CYPRUS | COMMON | 1,640 | STOCK |
| NATL FIN SVCS. (0226)<br>ATT SEAN COLE OR PROXY DEPT<br>NEWPORT OFFICE CTR III<br>499 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | COMMON | 1,549,406 | STOCK |

In re:   **WAG! GROUP CO.**                                          Case No. _____

_____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| NBCN INC. /CDS (5008)<br>ATT DANIEL NTAP OR PROXY MGR<br>1010 DE LA GAUCHETIERE OUEST<br>STE 1925<br>MONTREAL, QC  H3B 5J2<br>CANADA | COMMON | 51,700 | STOCK |
| NEWHOUSE, REBECCA<br>[ADDRESS REDACTED] | COMMON | 5,000 | STOCK |
| NFX FUND I, L.P.<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 36 | STOCK |
| NFX R2, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 1,241 | STOCK |
| NICHOLLS, MALCOLM DOUGLAS<br>[ADDRESS REDACTED] | COMMON | 5,000 | STOCK |
| NORTHERN TST CO, THE (2669)<br>ATT ANDREW LUSSEN OR PROXY MGR<br>801 S. CANAL ST<br>ATT: CAPITAL STRUCTURES-C1N<br>CHICAGO, IL  60607 | COMMON | 22,189 | STOCK |
| OAKES, JONATHAN<br>[ADDRESS REDACTED] | COMMON | 1,174 | STOCK |
| OCKO, MATTHEW<br>[ADDRESS REDACTED] | COMMON | 32,563 | STOCK |
| OPPENHEIMER & CO. INC. (0571)<br>ATT COLIN SANDY OR PROXY MGR<br>85 BROAD ST, 4TH FL<br>NEW YORK, NY  10004 | COMMON | 60,079 | STOCK |
| PERSHING (0443)<br>ATT JOSEPH LAVARA/PROXY DEPT<br>1 PERSHING PLAZA<br>JERSEY CITY, NJ  07399 | COMMON | 424,261 | STOCK |
| PHILL CAP (8460)<br>ATT PROXY MGR<br>141 W JACKSON BLVD<br>CBOT BLDG, STE 3050<br>CHICAGO, IL  60604 | COMMON | 306 | STOCK |

Sheet 13 of 19  in List of Equity Security Holders

In re:  __WAG! GROUP CO._____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PIETRA, LAUREN<br>[ADDRESS REDACTED] | COMMON | 345 | STOCK |
| POCKET UNIVERSE, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 258 | STOCK |
| POLAR MULTI-STRATEGY MASTER FUND<br>401 BAY ST, STE 1900<br>TORONTO, ON  M5H 2Y4<br>CANADA | COMMON | 500,000 | WARRANT |
| POOR, SARAH<br>[ADDRESS REDACTED] | COMMON | 972 | STOCK |
| QUESTRADE INC./CDS (5084)<br>ATT AL NANJI OR PROXY MGR<br>5650 YONGE ST<br>TORONTO, ON  M2M 4G3<br>CANADA | COMMON | 22,582 | STOCK |
| RAMINI, TAREK JAFAR<br>[ADDRESS REDACTED] | COMMON | 6,213 | STOCK |
| RAN, SHIRLI<br>[ADDRESS REDACTED] | COMMON | 258 | STOCK |
| RAVIKANT, NAVAL<br>[ADDRESS REDACTED] | COMMON | 16,535 | STOCK |
| RAYMOND JAMES ASSOC INC (0725)<br>ATT ROBERTA GREEN OR PROXY MGR<br>880 CARILION PKWY<br>TOWER 2, 4TH FL<br>ST. PETERSBURG, FL  33716 | COMMON | 1,679,778 | STOCK |
| RBC CAPITAL MKTS CORP (0235)<br>ATT STEVE SCHAFER OR PROXY MGR<br>60 S 6TH ST - P09<br>MINNEAPOLIS, MN  55402-1106 | COMMON | 400 | STOCK |
| RBC DOMINION /CDS (5002)<br>ATT PROXY MGR<br>180 WELLINGTON STREET WEST<br>TORONTO, ON  M5J 0C2<br>CANADA | COMMON | 120,500 | STOCK |

In re:  **WAG! GROUP CO.**                                            Case No. _____
_____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| RDQ* (4305)<br>ATTN PROXY MGR<br>1 WORLD TRADE CENTER, SUITE 47M<br>NEW YORK, NY  10007 | COMMON | 29,622 | STOCK |
| REISER, JASON<br>[ADDRESS REDACTED] | COMMON | 34,000 | STOCK |
| RICH, JEREMY<br>[ADDRESS REDACTED] | COMMON | 1,640 | STOCK |
| ROBERT W BAIRD & CO INC (0547)<br>ATTN CORPORATE ACTIONS<br>777 E WISCONSIN AVE - 9TH FL<br>MILWAUKEE, WI  53202 | COMMON | 30,175 | STOCK |
| ROBINHOOD SECS, LLC (6769)<br>ATT MEHDI TAIFI<br>500 COLONIAL CTR PKWY #100<br>LAKE MARY, FL  32746 | COMMON | 3,076,148 | STOCK |
| SAMARIUM COBALT, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 258 | STOCK |
| SANCHEZ, JASON R<br>[ADDRESS REDACTED] | COMMON | 1,000 | WARRANT |
| SCOTIA CAPITAL /CDS (5011)<br>ATT EVELYN PANDE OR PROXY DEPT<br>SCOTIA PLAZA<br>40 KING ST W, 23RD FL<br>TORONTO, ON  M5H 1H1<br>CANADA | COMMON | 8,900 | STOCK |
| SEI PRIVATE TST CO (2663)<br>ATT ERIC GREENE OR PROXY MGR<br>ONE FREEDOM VALLEY DR<br>OAKS, PA  19456 | COMMON | 6,235 | STOCK |
| SG AMERICAS SECS, LLC (0286)<br>ATT PAUL MITSAKOS OR PROXY MGR<br>1221 AV OF THE AMERICAS<br>NEW YORK, NY  10020 | COMMON | 5 | STOCK |
| SHARE CAPITAL LLC<br>1869 CAMINITO BRISA<br>LA JOLLA, CA  92037 | COMMON | 6,560 | STOCK |

Sheet 15 of 19  in List of Equity Security Holders

In re:   **WAG! GROUP CO.** _____     Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---:|---|
| SHERPAVENTURES FUND II, LP<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 5,348,634 | STOCK |
| SHUM, RICKY<br>[ADDRESS REDACTED] | COMMON | 1 | STOCK |
| SIEGEL, SIMEON<br>[ADDRESS REDACTED] | COMMON | 10,000 | STOCK |
| SIMBA CAPITAL, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 128 | STOCK |
| SMALLWOOD, GARRETT<br>[ADDRESS REDACTED] | COMMON | 235,526 | STOCK |
| SPEAR, CATHERINE<br>[ADDRESS REDACTED] | COMMON | 2,333 | STOCK |
| STAMBAUGH, AUSTIN<br>[ADDRESS REDACTED] | COMMON | 44 | STOCK |
| STATE ST (0997)<br>ATT PROXY DEPT<br>1776 HERITAGE DR<br>NORTH QUINCY, MA  02171 | COMMON | 3,140 | STOCK |
| STEVENS, MICHAEL<br>[ADDRESS REDACTED] | COMMON | 851 | STOCK |
| STIFEL NICOLAUS & CO. (0793)<br>ATT CHRIS WIEGAND/PROXY DEPT<br>C/O MEDIANT COMMUNCATIONS<br>501 N. BROADWAY<br>ST. LOUIS, MO  63102 | COMMON | 1,137 | STOCK |
| STORM, ADAM<br>[ADDRESS REDACTED] | COMMON | 400,000 | STOCK |
| STRUCTURE X CAPITAL<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 561,704 | STOCK |
| SUCHET, PHILIPPE<br>[ADDRESS REDACTED] | COMMON | 103 | STOCK |

In re:  **WAG! GROUP CO.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TDWATERHOUSE CANADA/CDS (5036)<br>ATT YOUSUF AHMED OR PROXY MGR<br>77 BLOOR ST WEST<br>3RD FL<br>TORONTO, ON  M4Y 2T1<br>CANADA | COMMON | 200,960 | STOCK |
| TERCAN, MELVIN<br>[ADDRESS REDACTED] | COMMON | 2,433 | STOCK |
| THE AP TRUST<br>[ADDRESS REDACTED] | COMMON | 52 | STOCK |
| THE FULORIA SARNOT FAMILY TRUST<br>[ADDRESS REDACTED] | COMMON | 128 | STOCK |
| THE VESS 2016 IRREVOCABLE TRUST<br>[ADDRESS REDACTED] | COMMON | 1,640 | STOCK |
| THOMPSON, BENJAMIN<br>[ADDRESS REDACTED] | COMMON | 1,312 | STOCK |
| THREE KINGDOMS CAPITAL PARTNERS, L.P.<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 12,060 | STOCK |
| TRADESTATION SECS (0271)<br>ATT CORPORATE ACTIONS<br>8050 SW 10TH ST, STE 2000<br>PLANTATION, FL  33324 | COMMON | 3,218 | STOCK |
| UBS AG (2507)<br>ATT MICHAEL HALLET/PROXY MGR<br>PROXY DEPT<br>315 DEADRICK ST<br>NASHVILLE, TN  37238 | COMMON | 67 | STOCK |
| UBS FIN SVCS LLC (0221)<br>ATT PROXY DEPT - JANE FLOOD<br>1000 HARBOR BLVD<br>WEEHAWKEN, NJ  07086 | COMMON | 257,610 | STOCK |
| UBS SECS LLC (0642)<br>ATT MICHAEL HALLET/PROXY MGR<br>PROXY DEPT<br>315 DEADRICK ST<br>NASHVILLE, TN  37238 | COMMON | 5,348 | STOCK |

Sheet 17 of 19  in List of Equity Security Holders

In re:  **WAG! GROUP CO.** _____     Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| UBS SECS LLC LENDING (5284)<br>ATT MICHAEL HALLET/PROXY MGR<br>PROXY DEPT<br>315 DEADRICK ST<br>NASHVILLE, TN  37238 | COMMON | 2 | STOCK |
| VANGUARD MARKETING CORP (0062)<br>ATT BEN BEGUIN OR PROXY MGR<br>14321 N. NORTHSIGHT BLVD<br>SCOTTSDALE, AZ  85260 | COMMON | 126,954 | STOCK |
| VELOCITY CLEARING (0294)<br>ALFRED PENNISI OR PROXY MGR<br>100 WALL ST<br>26TH FL<br>NEW YORK, NY  10005 | COMMON | 334,801 | STOCK |
| VELOX CLEARING LLC (3856)<br>ATT PROXY MGR<br>2400 E. KATELLA AVE<br>STE 725<br>ANAHEIM, CA  92806 | COMMON | 1,459 | STOCK |
| VENTURE LENDING & LEASING VII, LLC<br>104 LA MESA DR, STE 102<br>PORTOLA VALLEY, CA  94028 | COMMON | 444 | STOCK |
| VENTURE LENDING & LEASING VIII, LLC<br>55 FRANCISCO ST, STE 360<br>SAN FRANCISCO, CA  94133 | COMMON | 444 | STOCK |
| VIRTU AM (0295)<br>ATT JANICA BRINK OR PROXY MGR<br>300 VESEY ST<br>NEW YORK, NY  10282 | COMMON | 141,409 | STOCK |
| VISION FIN MKTS LLC (0595)<br>ATT OPS DEPT<br>120 LONG RIDGE RD, 3 NORTH<br>STAMFORD, CT  06902 | COMMON | 7,876 | STOCK |
| WALKER, ELLIS<br>[ADDRESS REDACTED] | COMMON | 1,062 | STOCK |

In re:   **WAG! GROUP CO.** _____    Case No. _____
                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| WEALTHSIMPLE INVESTMENTS INC./CDS (5004) ATT CORPORATE ACTIONS DEPT 80 SPADINA AVE, 4TH FL TORONTO, ON  M5V 2J4 CANADA | COMMON | 34,332 | STOCK |
| WEDBUSH SECS INC./P3 (8199) ATT ALAN FERREIRA OR PROXY MGR 1000 WILSHIRE BLVD., STE #850 LOS ANGELES, CA  90017 | COMMON | 15,031 | STOCK |
| WEINSWIG, DEBORAH [ADDRESS REDACTED] | COMMON | 26,400 | STOCK |
| WELLS FARGO CLEARING (141) ATTN PROXY DEPARTMENT ONE NORTH JEFFERSON AVE ST. LOUIS, MO  63103 | COMMON | 1,423,360 | STOCK |
| WINEBAUM FAMILY TRUST [ADDRESS REDACTED] | COMMON | 258 | STOCK |
| WONG, JEANDANIEL [ADDRESS REDACTED] | COMMON | 152 | STOCK |
| WRIGHT 2007 TRUST [ADDRESS REDACTED] | COMMON | 14,042 | STOCK |
| YU, NICHOLAS [ADDRESS REDACTED] | COMMON | 29,161 | STOCK |

| Fill in this information to Identify the case: |
|---|

Debtor Name:    Wag! Group Co.

United States Bankruptcy Court for the:    District of Delaware

Case Number (If known):

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MARKETPLACE OPERATIONS, INC. 100 WILSHIRE BLVD., SUITE 700 SANTA MONICA, CA 90401 | CONTACT: DEREK NEWMAN PHONE: (310) 359 8200 dn@newmanlaw.com | LITIGATION | C/U/D | | | UNDETERMINED |
| 2 | PETS BEST INSURANCE SERVICES, LLC 11333 NORTH SCOTTSDALE ROAD 160 SCOTTSDALE, AZ 85254 | CONTACT: DONNA CEJALVO dcejalvo@petsbest.com | PREPAYMENT | U | | | $2,537,820.00 |
| 3 | SPOT PET INSURANCE SERVICES, LLC 303 BANYAN BLVD. SUITE 101 WEST PALM BEACH, FL 33401 | CONTACT: JOE TOFILON joe@spotpet.com | PREPAYMENT | U | | | $981,375.00 |
| 4 | NERDWALLET, INC 55 HAWTHORN STREET SAN FRANCISCO, CA 94105 | CONTACT: ROB SAUNDERS rsaunders@nerdwallet.com | TRADE | | | | $815,100.30 |
| 5 | LATHAM & WATKINS, LLP 1271 AVENUE OF THE AMERICAS NEW YORK, NY 10020 | CONTACT: CONRAY C. TSENG conray.tseng@lw.com | PROFESSIONAL SERVICES | | | | $166,068.40 |
| 6 | YETI DIGITAL LTD 30 WEST 26TH STREET NEW YORK, NY 10010 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (310) 584 7234 accounts@yetiinc.com | TRADE | | | | $121,870.00 |
| 7 | VETTY, INC. 228 PARK AVENUE SOUTH NEW YORK, NY 10003-1502 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (415) 533 6650 brad@vetty.co | TRADE | | | | $96,953.42 |

Debtor: Wag! Group Co.

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8  AMAZON WEB SERVICES P.O. BOX 84023 SEATTLE, WA 98124 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER aws-receivables-support@email.amazon.com | TRADE | | | | $95,695.17 |
| 9  GOOGLE LLC 1600 AMPHITHEATRE PARKWAY MOUNTAIN VIEW, CA 94043 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER collections@google.com | TRADE | | | | $89,232.04 |
| 10  DIRECT AGENTS INC. 740 BROADWAY NEW YORK, NY 10003 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (212) 925 6558 invoices@directagents.com | TRADE | | | | $83,388.00 |
| 11  WAG HOTELS INC 1759 ENTERPRISE BLVD WEST SACRAMENTO, CA 95691 | CONTACT: DOREEN SEN PHONE: (916) 642 7425 doreen.sen@waghotels.com | LITIGATION | C/U/D | | | $62,400.00 |
| 12  HOME MEDIA LLC 1122 OBERLIN ROAD RALEIGH, NC 27605 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (703) 627 3389 home.billing@three-ships.com | TRADE | | | | $51,852.00 |
| 13  NIXON PEABODY 1300 CLINTON SQUARE ROCHESTER, NY 14604-1792 | CONTACT: STAY BOVEN PHONE: (617) 345 1100 sboven@nixonpeabody.com | PROFESSIONAL SERVICES | | | | $44,010.00 |
| 14  US SMALL BUSINESS ADMINISTRATION 201 NORTH TRYON STREET, SUITE 3000 CHARLOTTE, NC 28202 | CONTACT: STACI E. ROSCHE PHONE: (704) 373 8559 srosche@mcguirewoods.com | UNSECURED LENDER | | | | $39,873.41 |
| 15  AMERICAN EXPRESS 200 VESEY STREET NEW YORK, NY 10285 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (212) 920 5395 zaidi.rivera@aexp.com | TRADE | | | | $33,825.00 |
| 16  QUALFON DATA SERVICES 4401 INNOVATION DRIVE FORT COLLINS, CO 80525 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (970) 206 9000 nickola.hubiak@qualfon.com | TRADE | | | | $32,919.65 |
| 17  APPLE PO BOX 846095 DALLAS, TX 75284-6095 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER ar_ad_platforms_amr@apple.com | TRADE | | | | $32,094.57 |
| 18  NATURAL INTELLIGENCE TECHNOLOGIES INC 1313 NORTH MARKET STREET WILMINGTON, DE 19899 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER motti.snir@naturalint.com | TRADE | | | | $31,986.00 |

Debtor: Wag! Group Co.

Case Number (if known):

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | HUB INTERNATIONAL INSURANCE SERVICES, INC. PO BOX 3310 SANTA BARBARA, CA  93130 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER hubus.deposits@hubinternational.com | TRADE | | | | $28,311.56 |
| 20 | TRUELOGIC SOFTWARE LLC 777 BRICKELL AVENUE MIAMI, FL  33131 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (786) 708 4447 payments@truelogicsoftware.com | TRADE | | | | $28,244.00 |
| 21 | QUANZHOU DREAMSTAR BAGS CO., LTD MING YI INDUSTRIAL TANGXI LOUIJANG DISTRICT QUANZHOU CITY  362000 CHINA | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER molly@dreamstarbags.com | TRADE | | | | $27,750.00 |
| 22 | EVOTEK - OKTA 6150 LUSK BLVD., SUITE B204 SAN DIEGO, CA  92121 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (858) 362 5088 purchasing@evotek.com | TRADE | | | | $26,382.41 |
| 23 | CUBE 447 BROADWAY, 2ND FL 108 NEW YORK, NY  10013 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (212) 380 3346 billing@cubesoftware.com | TRADE | | | | $26,208.00 |
| 24 | LITTLER MENDELSON P.C. 101 SECOND ST SAN FRANCISCO, CA  94105 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (800) 264 1031 billingsupport@littler.com | PROFESSIONAL SERVICES | | | | $18,057.50 |
| 25 | HANYANG PET PRODUCTS CO. LTD YIFANG INDUSTRIAL ZONE HOUJIE TOWN, GUANGDONG CHINA | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: 186 6512 3826 joe@hanyangdg.com | TRADE | | | | $17,075.39 |
| 26 | BROADRIDGE 51 MERCEDES WAY EDGEWOOD, NY  11717 | CONTACT: CARLTON BOYD PHONE: (631) 254 7422 brcan-ar@broadridge.com | TRADE | | | | $15,956.97 |
| 27 | WEBSELENESE LTD DERECH MENACHEM BEGIN 132 TEL AVIV-YAFO ISREAL | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER jackie@webselenese.com | TRADE | | | | $15,455.00 |
| 28 | SHIPMONK 201 NORTHWEST 22ND AVENUE FORT LAUDERDALE, FL  33311 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (855) 222 4601 accounting@shipmonk.com | TRADE | | | | $13,341.71 |
| 29 | DROPBOX INC. 1800 OWENS STREET, SUITE 200 SAN FRANCISCO, CA  94158-2533 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER PHONE: (415) 509 1223 invoices@billing.dropbox.com | TRADE | | | | $11,339.71 |

Debtor: Wag! Group Co.

Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30  DATASITE LLC<br>733 S. MARQUETTE AVE, SUITE 600<br>MINNEAPOLIS, MN  55402 | CONTACT: GENERAL COUNSEL/CHIEF FINANCIAL OFFICER<br>PHONE: (651) 632 4014<br>service@datasite.com | TRADE | | | | $10,034.21 |

**Fill in this information to identify the case:**

Debtor name    Wag! Group Co., *et al.*

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration    **Consolidated Corporate Ownership Statement and List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **07/21/2025**          X  **/s/ Alec Davidian**
                                      Signature of individual signing on behalf of debtor

                                      **Alec Davidian**
                                      Printed name

                                      **Authorized Signatory**
                                      Position or relationship to debtor