**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WAG! GROUP CO., *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11358 (TMH)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 14, 15, 37, 86, 98, 100 & 110** |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND ORDER APPROVING
AND CONFIRMING THE FIRST AMENDED JOINT PREPACKAGED
PLAN OF REORGANIZATION OF WAG! GROUP CO. AND CERTAIN
OF ITS AFFILIATES, AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Entry of Combined Order.** On August 29, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Adequacy of the Disclosure Statement and the Prepetition Solicitation Procedures and (II) Confirming the First Amended Joint Prepackaged Plan of Reorganization of Wag! Group Co. and Certain of Its Affiliates* [Docket No. 110] (the "Combined Order"), pursuant to which the Court approved and confirmed the *First Amended Joint Prepackaged Plan of Reorganization of Wag! Group Co. and Certain of Its Affiliates*, dated August 26, 2025 (as may be amended, modified, or supplemented, the "Plan").[2]

**Effective Date of the Plan.** The Effective Date, as defined in the Plan, occurred on September 1, 2025.

**Discharge, Injunction, Release, and Exculpation.** Pursuant to the Plan and the Combined Order, the discharge, injunction, release, and exculpation provisions in Article IX of the Plan are now in full force and effect.

**Deadline to File Professional Fee Claims.** As provided for in Article II of the Plan and the Combined Order, all final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be made by application filed

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their federal tax identification numbers, to the extent applicable, are Wag! Group Co. (0180), Wag Labs, Inc. (4381), Wag Wellness, LLC (N/A), Pawsome, LLC (2404), Compare Pet Insurance Services, Inc. (4657), We Compare, Inc. (5054), and Furmacy, Inc. (9977).  The Debtors' headquarters is located at 2261 Market Street, Suite 86056, San Francisco, California 94114.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the Plan. The Plan is attached to the Combined Order as Exhibit A.

with the Court and served on the Reorganized Debtors and the U.S. Trustee no later than October 1, 2025 (i.e., thirty (30) days after the Effective Date) unless otherwise ordered by the Court. Objections to such applications must be filed and served on the Reorganized Debtors and the applicable Professional within twenty-one (21) days after the filing of the final fee application with respect to the Professional Fee Claim. Any such objections that are not consensually resolved may be set for a hearing on twenty-one (21) days' notice.

**Procedures Relating to Assumption of Executory Contracts.** Pursuant to Article VII of the Plan and the Combined Order, all Executory Contracts and Unexpired Leases shall be deemed assumed pursuant to the Combined Order, as of the Effective Date, unless such Executory Contract or Unexpired Lease: (i) has been rejected previously by the Debtors; (ii) has been rejected by the Debtors by order of the Court in effect as of the Effective Date; (iii) expired or terminated pursuant to its own terms prior to the Effective Date; (iv) is the subject of a motion to reject filed by the Debtors under section 365 of the Bankruptcy Code pending as of the Effective Date; or (v) is rejected under Section 7.6 of the Plan.

**Copies of Pleadings.** Copies of the Combined Order (to which the Plan is attached as Exhibit A) may be examined free of charge at https://dm.epiq11.com/WagGroupCo. The Combined Order is also on file with the Court and may be viewed by accessing the Court's website at www.deb.uscourts.gov. To access documents on the Court's website, you will need a PACER password and login, which can be obtained at www.pacer.psc.uscourts.gov.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 2, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kristin L. McElroy*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Shella Borovinskaya (No. 6758)
Kristin L. McElroy (No. 6871)
Brynna M. Gaffney (No. 7402)
Sarah Gawrysiak (No. 7403)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  mnestor@ycst.com
        kcoyle@ycst.com
        sborovinskaya@ycst.com
        kmcelroy@ycst.com
        bgaffney@ycst.com
        sgawrysiak@ycst.com

*Counsel to the Debtors and Debtors in Possession*